**Opinion filed March 7, 2024**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-23-00166-CR & 11-23-00167-CR

_____

**KENNETH FRANK MCCANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 32nd District Court**
**Nolan County, Texas**
**Trial Court Cause Nos. 14132 & 14133**

---

### M E M O R A N D U M   O P I N I O N

Appellant has filed in each cause a motion to dismiss his appeal. In the motions, Appellant states that he "moves this Court to withdraw [his] notice of appeal and dismiss this appeal, pursuant to Rule 42.2." *See* TEX. R. APP. P. 42.2(a). The motions are signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See id.*

We grant Appellant's motions and dismiss the appeals.


JOHN M. BAILEY

CHIEF JUSTICE


March 7, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.